Certificate Number: 03621-PAE-DE-038785768

Bankruptcy Case Number: 24-12788



03621-PAE-DE-038785768

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 20, 2024</u>, at <u>1:11</u> o'clock <u>PM EDT</u>, <u>Megan E Felici</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 20, 2024</u>                By:    <u>/s/Lashonda Collins</u>

                                             Name:  <u>Lashonda Collins</u>

                                             Title: <u>Credit Counselor</u>