# Patient First

Patient First of New Jersey Inc    5000 Cox Road Glen Allen, VA 23060
Megan Felici    1583 point drive Bensalem, PA 19020

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Megan Felici | Patient First of New Jersey Inc | 9585 | 08/04/2024 | 08/17/2024 | 08/27/2024 | |

| | Gross Pay | Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,062.96 | 364.36 | 689.09 | 70.24 | 1,939.27 |
| YTD | 62,401.58 | 5,612.93 | 15,600.12 | 1,056.48 | 40,132.05 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| ADMIN PAY - STAFF | | | 0 | | 100.08 | OASDI | 176.81 | 3,671.78 |
| BONUS PAY - STAFF | 08/11/2024 - 08/17/2024 | 0 | 0 | 11.54 | 763.00 | Medicare | 41.35 | 858.72 |
| DOUBLE HOLIDAY | | | 0 | | 2,219.58 | Federal Withholding | 352.65 | 8,431.20 |
| HAZARDOUS WEATHER PAY | | | 0 | | 89.48 | State Tax - PA | 87.28 | 1,814.33 |
| HOLIDAY PAY - STAFF | | | 0 | | 1,014.92 | SUI-Employee Paid - NJ | 0.00 | 161.80 |
| Healthy Employee Discount | | | 0 | | 132.15 | City Tax - BNSLM | 28.43 | 591.00 |
| OVERTIME - STAFF | 08/11/2024 - 08/17/2024 | 3.519445 | 66.795 | 235.08 | 3,134.26 | NJ WFD - NJWDF | 0.00 | 17.98 |
| PAL VACATION | 08/04/2024 - 08/17/2024 | 20.3 | 42.5 | 862.75 | 4,116.64 | NJ FLI - NJFLI | 2.57 | 53.31 |
| REGULAR PAY - Hourly | 08/11/2024 - 08/17/2024 | 17.17972 | 42.5 | 730.14 | | | | |
| REGULAR PAY - Hourly | 08/11/2024 - 08/17/2024 | 6.308611 | 47.5 | 299.66 | | | | |
| REGULAR PAY - Hourly | 08/11/2024 - 08/17/2024 | 5.127778 | 52.5 | 269.21 | | | | |
| REGULAR PAY - Hourly | 08/11/2024 - 08/17/2024 | 11.38388 | 57.5 | 654.58 | 50,657.53 | | | |
| TRAINING-RECD | | | 0 | | 88.40 | | | |
| WEEKEND PAY - STAFF | | | 0 | | 85.54 | | | |
| Earnings | | | | 3,062.96 | 62,401.58 | Employee Taxes | 689.09 | 15,600.12 |

| Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k Plan | 153.15 | 2,433.57 | 401k Loan (001) | 41.65 | 666.40 |
| DENTAL HIGH | 18.73 | 299.68 | CRITICAL INSURANCE EMPLOYEE | 6.97 | 76.67 |
| FSA - MEDICAL | 100.00 | 1,400.00 | LIFE INSURANCE CHILD | 0.23 | 3.68 |
| MEDICAL INSURANCE | 88.11 | 1,409.76 | LIFE INSURANCE EMPLOYEE | 8.65 | 119.74 |
| VISION PLAN | 4.37 | 69.92 | LONG TERM DISABILITY | 12.74 | 189.99 |
| Deductions | 364.36 | 5,612.93 | Employee Post Tax Deductions | 70.24 | 1,056.48 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 2,851.75 | 59,222.22 |
| Medicare - Taxable Wages | 2,851.75 | 59,222.22 |
| Federal Withholding - Taxable Wages | 2,698.60 | 56,788.65 |
| State Tax Taxable Wages - PA | 2,842.87 | 59,098.80 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | Single | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Paid Annual Leave (PAL) | 5.83 | 20.3 | 5.85 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| WELLS FARGO | WELLS FARGO ******7181 | ******7181 | | 1,939.27 USD |

# Patient First

Patient First of New Jersey Inc    5000 Cox Road Glen Allen, VA 23060
Megan Felici    1583 point drive Bensalem, PA 19020

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Megan Felici | Patient First of New Jersey Inc | | | 9585 | 07/21/2024 | 08/03/2024 | 08/13/2024 | |
| | | Gross Pay | | Deductions | Employee Taxes | Employee Post Tax Deductions | | Net Pay |
| Current | | 4,755.85 | | 449.01 | 1,247.03 | 70.24 | | 2,989.57 |
| YTD | | 59,338.62 | | 5,248.57 | 14,911.03 | 986.24 | | 38,192.78 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| ADMIN PAY - STAFF | | | 0 | | 100.08 | OASDI | 281.77 | 3,494.97 |
| BONUS PAY - STAFF | 07/21/2024 - 08/03/2024 | 0 | 0 | 18.29 | 751.46 | Medicare | 65.90 | 817.37 |
| DOUBLE HOLIDAY | | | 0 | | 2,219.58 | Federal Withholding | 710.66 | 8,078.55 |
| HAZARDOUS WEATHER PAY | | | 0 | | 89.48 | State Tax - PA | 139.25 | 1,727.05 |
| HOLIDAY PAY - STAFF | | | 0 | | 1,014.92 | SUI-Employee Paid - NJ | 0.00 | 161.80 |
| Healthy Employee Discount | | | 0 | | 132.15 | City Tax - BNSLM | 45.36 | 562.57 |
| OVERTIME - STAFF | 07/28/2024 - 08/03/2024 | 11.30583 | 68.15 | 770.49 | 2,899.18 | NJ WFD - NJWDF | 0.00 | 17.98 |
| PAL VACATION | | | 0 | | 3,253.89 | NJ FLI - NJFLI | 4.09 | 50.74 |
| REGULAR PAY - Hourly | 07/21/2024 - 08/03/2024 | 40.455 | 42.5 | 1,719.35 | | | | |
| REGULAR PAY - Hourly | 07/21/2024 - 08/03/2024 | 30.3675 | 57.5 | 1,746.15 | | | | |
| REGULAR PAY - Hourly | 07/28/2024 - 08/03/2024 | 5.597778 | 67.5 | 377.86 | 48,703.94 | | | |
| TRAINING-RECD | 07/21/2024 - 07/27/2024 | 2.08 | 42.5 | 88.40 | 88.40 | | | |
| WEEKEND PAY - STAFF | 07/28/2024 - 08/03/2024 | 0 | 2 | 35.31 | 85.54 | | | |
| Earnings | | | | 4,755.85 | 59,338.62 | Employee Taxes | 1,247.03 | 14,911.03 |

| Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k Plan | 237.80 | 2,280.42 | 401k Loan (001) | 41.65 | 624.75 |
| DENTAL HIGH | 18.73 | 280.95 | CRITICAL INSURANCE EMPLOYEE | 6.97 | 69.70 |
| FSA - MEDICAL | 100.00 | 1,300.00 | LIFE INSURANCE CHILD | 0.23 | 3.45 |
| MEDICAL INSURANCE | 88.11 | 1,321.65 | LIFE INSURANCE EMPLOYEE | 8.65 | 111.09 |
| VISION PLAN | 4.37 | 65.55 | LONG TERM DISABILITY | 12.74 | 177.25 |
| Deductions | 449.01 | 5,248.57 | Employee Post Tax Deductions | 70.24 | 986.24 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 4,544.64 | 56,370.47 |
| Medicare - Taxable Wages | 4,544.64 | 56,370.47 |
| Federal Withholding - Taxable Wages | 4,306.84 | 54,090.05 |
| State Tax Taxable Wages - PA | 4,535.76 | 56,255.93 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | Single | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Paid Annual Leave (PAL) | 5.83 | 0 | 20.32 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| WELLS FARGO | WELLS FARGO ******7181 | ******7181 | | 2,989.57    USD |

# Patient First

Patient First of New Jersey Inc    5000 Cox Road Glen Allen, VA 23060
Megan Felici    1583 point drive Bensalem, PA 19020

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Megan Felici | Patient First of New Jersey Inc | 9585 | 07/07/2024 | 07/20/2024 | 07/30/2024 | |

| | Gross Pay | Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,017.68 | 331.75 | 1,019.06 | 70.24 | 2,596.63 |
| YTD | 54,582.77 | 4,799.56 | 13,664.00 | 916.00 | 35,203.21 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| ADMIN PAY - STAFF | | | 0 | | 100.08 |
| BONUS PAY - STAFF | 07/07/2024 - 07/13/2024 | 0 | 0 | 12.09 | 733.17 |
| DOUBLE HOLIDAY | | | 0 | | 2,219.58 |
| HAZARDOUS WEATHER PAY | | | 0 | | 89.48 |
| HOLIDAY PAY - STAFF | | | 0 | | 1,014.92 |
| Healthy Employee Discount | | | 0 | | 132.15 |
| OVERTIME - STAFF | 07/07/2024 - 07/13/2024 | 4.970834 | 66.66 | 331.37 | 2,128.69 |
| PAL VACATION | 07/07/2024 - 07/20/2024 | 3 | 42.5 | 127.50 | 3,253.89 |
| REGULAR PAY - Hourly | 07/07/2024 - 07/13/2024 | 5.243056 | 47.5 | 249.05 | |
| REGULAR PAY - Hourly | 07/07/2024 - 07/13/2024 | 5.879722 | 62.5 | 367.49 | |
| REGULAR PAY - Hourly | 07/07/2024 - 07/20/2024 | 51.39055 | 42.5 | 2,184.12 | 44,860.58 |
| REGULAR PAY - Hourly | 07/07/2024 - 07/20/2024 | 12.97472 | 57.5 | 746.06 | |
| WEEKEND PAY - STAFF | | | 0 | | 50.23 |
| Earnings | | | | 4,017.68 | 54,582.77 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 236.00 | 3,213.20 |
| Medicare | 55.19 | 751.47 |
| Federal Withholding | 569.87 | 7,367.89 |
| State Tax - PA | 116.59 | 1,587.80 |
| SUI-Employee Paid - NJ | 0.00 | 161.80 |
| City Tax - BNSLM | 37.98 | 517.21 |
| NJ WFD - NJWDF | 0.00 | 17.98 |
| NJ FLI - NJFLI | 3.43 | 46.65 |
| Employee Taxes | 1,019.06 | 13,664.00 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Plan | 120.54 | 2,042.62 |
| DENTAL HIGH | 18.73 | 262.22 |
| FSA - MEDICAL | 100.00 | 1,200.00 |
| MEDICAL INSURANCE | 88.11 | 1,233.54 |
| VISION PLAN | 4.37 | 61.18 |
| Deductions | 331.75 | 4,799.56 |

### Employee Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (001) | 41.65 | 583.10 |
| CRITICAL INSURANCE EMPLOYEE | 6.97 | 62.73 |
| LIFE INSURANCE CHILD | 0.23 | 3.22 |
| LIFE INSURANCE EMPLOYEE | 8.65 | 102.44 |
| LONG TERM DISABILITY | 12.74 | 164.51 |
| Employee Post Tax Deductions | 70.24 | 916.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,806.47 | 51,825.83 |
| Medicare - Taxable Wages | 3,806.47 | 51,825.83 |
| Federal Withholding - Taxable Wages | 3,685.93 | 49,783.21 |
| State Tax Taxable Wages - PA | 3,797.59 | 51,720.17 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Annual Leave (PAL) | 5.83 | 3 | 14.49 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| WELLS FARGO | WELLS FARGO ******7181 | ******7181 | | 2,596.63 USD |

# Patient First

Patient First of New Jersey Inc   5000 Cox Road Glen Allen, VA 23060
Megan Felici   1583 point drive Bensalem, PA 19020

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Megan Felici | Patient First of New Jersey Inc | | 9585 | 06/23/2024 | 07/06/2024 | 07/16/2024 | |
| | | Gross Pay | | Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
| Current | | 6,048.12 | | 392.66 | 1,723.30 | 70.24 | 3,861.92 |
| YTD | | 50,565.09 | | 4,467.81 | 12,644.94 | 845.76 | 32,606.58 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| ADMIN PAY - STAFF | | | 0 | | 100.08 | OASDI | 361.89 | 2,977.20 |
| BONUS PAY - STAFF | 06/23/2024 - 07/06/2024 | 0 | 0 | 38.55 | 721.08 | Medicare | 84.63 | 696.28 |
| DOUBLE HOLIDAY | 06/30/2024 - 07/06/2024 | 11.95583 | 85 | 1,016.25 | 2,219.58 | Federal Withholding | 1,034.33 | 6,798.02 |
| HAZARDOUS WEATHER PAY | | | 0 | | 89.48 | State Tax - PA | 178.92 | 1,471.21 |
| HOLIDAY PAY - STAFF | 06/23/2024 - 07/06/2024 | 8 | 42.5 | 340.00 | 1,014.92 | SUI-Employee Paid - NJ | 0.00 | 161.80 |
| Healthy Employee Discount | | | 0 | | 132.15 | City Tax - BNSLM | 58.28 | 479.23 |
| OVERTIME - STAFF | 06/23/2024 - 06/29/2024 | 11.38249 | 76.675 | 872.76 | 1,797.32 | NJ WFD - NJWDF | 0.00 | 17.98 |
| PAL VACATION | | | 0 | | 3,126.39 | NJ FLI - NJFLI | 5.25 | 43.22 |
| REGULAR PAY - Hourly | 06/23/2024 - 06/29/2024 | 12.3475 | 47.5 | 586.51 | | | | |
| REGULAR PAY - Hourly | 06/23/2024 - 06/29/2024 | 0.620001 | 52.5 | 32.56 | | | | |
| REGULAR PAY - Hourly | 06/23/2024 - 07/06/2024 | 41.88722 | 42.5 | 1,780.22 | | | | |
| REGULAR PAY - Hourly | 06/23/2024 - 07/06/2024 | 12.19472 | 57.5 | 701.20 | | | | |
| REGULAR PAY - Hourly | 06/30/2024 - 07/06/2024 | 9.545556 | 67.5 | 644.33 | 41,313.86 | | | |
| WEEKEND PAY - STAFF | 06/30/2024 - 07/06/2024 | 0 | 2 | 35.74 | 50.23 | | | |
| Earnings | | | | 6,048.12 | 50,565.09 | Employee Taxes | 1,723.30 | 12,644.94 |

| Deductions | | | Employee Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k Plan | 181.45 | 1,922.08 | 401k Loan (001) | 41.65 | 541.45 |
| DENTAL HIGH | 18.73 | 243.49 | CRITICAL INSURANCE EMPLOYEE | 6.97 | 55.76 |
| FSA - MEDICAL | 100.00 | 1,100.00 | LIFE INSURANCE CHILD | 0.23 | 2.99 |
| MEDICAL INSURANCE | 88.11 | 1,145.43 | LIFE INSURANCE EMPLOYEE | 8.65 | 93.79 |
| VISION PLAN | 4.37 | 56.81 | LONG TERM DISABILITY | 12.74 | 151.77 |
| Deductions | 392.66 | 4,467.81 | Employee Post Tax Deductions | 70.24 | 845.76 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 5,836.91 | 48,019.36 |
| Medicare - Taxable Wages | 5,836.91 | 48,019.36 |
| Federal Withholding - Taxable Wages | 5,655.46 | 46,097.28 |
| State Tax Taxable Wages - PA | 5,828.03 | 47,922.58 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | Single | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Paid Annual Leave (PAL) | 5.83 | 0 | 11.66 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| WELLS FARGO | WELLS FARGO ******7181 | ******7181 | | 3,861.92   USD |

# Patient First

Patient First of New Jersey Inc   5000 Cox Road Glen Allen, VA 23060
Megan Felici   1583 point drive Bensalem, PA 19020

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Megan Felici | Patient First of New Jersey Inc | 9585 | 06/09/2024 | 06/22/2024 | 07/02/2024 | |

| | Gross Pay | Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,323.87 | 244.45 | 808.38 | 70.24 | 2,200.80 |
| YTD | 44,516.97 | 4,075.15 | 10,921.64 | 775.52 | 28,744.66 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| ADMIN PAY - STAFF | | | 0 | | 100.08 |
| BONUS PAY - STAFF | 06/09/2024 - 06/22/2024 | 0 | 0 | 14.77 | 682.53 |
| DOUBLE HOLIDAY | | | 0 | | 1,203.33 |
| HAZARDOUS WEATHER PAY | | | 0 | | 89.48 |
| HOLIDAY PAY - STAFF | | | 0 | | 674.92 |
| Healthy Employee Discount | | | 0 | | 132.15 |
| OVERTIME - STAFF | 06/16/2024 - 06/22/2024 | 1.558889 | 65.13 | 101.55 | |
| OVERTIME - STAFF | 06/16/2024 - 06/22/2024 | 5.602778 | 80.13 | 448.95 | 924.56 |
| PAL VACATION | 06/09/2024 - 06/22/2024 | 15.3 | 42.5 | 650.25 | 3,126.39 |
| REGULAR PAY - Hourly | 06/09/2024 - 06/22/2024 | 40.66166 | 42.5 | 1,728.13 | |
| REGULAR PAY - Hourly | 06/16/2024 - 06/22/2024 | 8.004444 | 47.5 | 380.22 | 37,569.04 |
| WEEKEND PAY - STAFF | | | 0 | | 14.49 |
| Earnings | | | | 3,323.87 | 44,516.97 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 192.98 | 2,615.31 |
| Medicare | 45.14 | 611.65 |
| Federal Withholding | 436.43 | 5,763.69 |
| State Tax - PA | 95.29 | 1,292.29 |
| SUI-Employee Paid - NJ | 4.24 | 161.80 |
| City Tax - BNSLM | 31.04 | 420.95 |
| NJ WFD - NJWDF | 0.46 | 17.98 |
| NJ FLI - NJFLI | 2.80 | 37.97 |
| Employee Taxes | 808.38 | 10,921.64 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Plan | 33.24 | 1,740.63 |
| DENTAL HIGH | 18.73 | 224.76 |
| FSA - MEDICAL | 100.00 | 1,000.00 |
| MEDICAL INSURANCE | 88.11 | 1,057.32 |
| VISION PLAN | 4.37 | 52.44 |
| Deductions | 244.45 | 4,075.15 |

### Employee Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (001) | 41.65 | 499.80 |
| CRITICAL INSURANCE EMPLOYEE | 6.97 | 48.79 |
| LIFE INSURANCE CHILD | 0.23 | 2.76 |
| LIFE INSURANCE EMPLOYEE | 8.65 | 85.14 |
| LONG TERM DISABILITY | 12.74 | 139.03 |
| Employee Post Tax Deductions | 70.24 | 775.52 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,112.66 | 42,182.45 |
| Medicare - Taxable Wages | 3,112.66 | 42,182.45 |
| Federal Withholding - Taxable Wages | 3,079.42 | 40,441.82 |
| State Tax Taxable Wages - PA | 3,103.78 | 42,094.55 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Annual Leave (PAL) | 5.83 | 15.3 | 5.83 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| WELLS FARGO | WELLS FARGO ******7181 | ******7181 | | 2,200.80  USD |

# Patient First

Patient First of New Jersey Inc   5000 Cox Road Glen Allen, VA 23060
Megan Felici   1583 point drive Bensalem, PA 19020

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Megan Felici | Patient First of New Jersey Inc | 9585 | 05/26/2024 | 06/08/2024 | 06/18/2024 | |

| | Gross Pay | Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,377.50 | 244.99 | 836.04 | 70.24 | 2,226.23 |
| YTD | 41,193.10 | 3,830.70 | 10,113.26 | 705.28 | 26,543.86 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| ADMIN PAY - STAFF | 05/26/2024 - 06/01/2024 | 2.3725 | 42.1824 | 100.08 | 100.08 |
| BONUS PAY - STAFF | 05/26/2024 - 06/01/2024 | 0 | 0 | 6.06 | 667.76 |
| DOUBLE HOLIDAY | 05/26/2024 - 06/01/2024 | 6.052222 | 84.3648 | 510.60 | 1,203.33 |
| HAZARDOUS WEATHER PAY | | | 0 | | 89.48 |
| HOLIDAY PAY - STAFF | 05/26/2024 - 06/08/2024 | 8 | 42.1824 | 337.46 | 674.92 |
| Healthy Employee Discount | | | 0 | | 132.15 |
| OVERTIME - STAFF | | | 0 | | 374.06 |
| PAL VACATION | 05/26/2024 - 06/08/2024 | 8 | 42.1824 | 337.46 | 2,476.14 |
| REGULAR PAY - Hourly | 05/26/2024 - 06/08/2024 | 25.62944 | 42.1824 | 1,081.12 | |
| REGULAR PAY - Hourly | 05/26/2024 - 06/08/2024 | 17.57027 | 57.1824 | 1,004.72 | 35,460.69 |
| WEEKEND PAY - STAFF | | | 0 | | 14.49 |
| Earnings | | | | 3,377.50 | 41,193.10 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 196.31 | 2,422.33 |
| Medicare | 45.91 | 566.51 |
| Federal Withholding | 448.11 | 5,327.26 |
| State Tax - PA | 96.93 | 1,197.00 |
| SUI-Employee Paid - NJ | 12.92 | 157.56 |
| City Tax - BNSLM | 31.57 | 389.91 |
| NJ WFD - NJWDF | 1.44 | 17.52 |
| NJ FLI - NJFLI | 2.85 | 35.17 |
| Employee Taxes | 836.04 | 10,113.26 |

### Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Plan | 33.78 | 1,707.39 |
| DENTAL HIGH | 18.73 | 206.03 |
| FSA - MEDICAL | 100.00 | 900.00 |
| MEDICAL INSURANCE | 88.11 | 969.21 |
| VISION PLAN | 4.37 | 48.07 |
| Deductions | 244.99 | 3,830.70 |

### Employee Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (001) | 41.65 | 458.15 |
| CRITICAL INSURANCE EMPLOYEE | 6.97 | 41.82 |
| LIFE INSURANCE CHILD | 0.23 | 2.53 |
| LIFE INSURANCE EMPLOYEE | 8.65 | 76.49 |
| LONG TERM DISABILITY | 12.74 | 126.29 |
| Employee Post Tax Deductions | 70.24 | 705.28 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,166.29 | 39,069.79 |
| Medicare - Taxable Wages | 3,166.29 | 39,069.79 |
| Federal Withholding - Taxable Wages | 3,132.51 | 37,362.40 |
| State Tax Taxable Wages - PA | 3,157.41 | 38,990.77 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Annual Leave (PAL) | 5.83 | 8 | 15.3 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| WELLS FARGO | WELLS FARGO ******7181 | ******7181 | | 2,226.23 USD |