United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12788-pmm |
| Megan E. Felici | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 21, 2024 | Form ID: 155 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Megan E. Felici, 1583 Point Drive, Bensalem, PA 19020-2433 |
| 14916793 | + | Pennymac Loan Services, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14914689 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 22 2024 00:15:37 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14914690 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 22 2024 00:15:38 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14914692 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 22 2024 00:12:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14914691 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 22 2024 00:12:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14934519 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 22 2024 00:12:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14914693 | ^ | MEBN | Nov 22 2024 00:08:12 | CACI, Attn: Bankruptcy, 500 Northwest Plaza, Florissant, MO 63074 |
| 14914694 | + | Email/Text: EDI@CACIONLINE.NET | Nov 22 2024 00:13:00 | CACI, 12855 Tesson Ferry Road, St. Louis, MO 63128-2911 |
| 14914695 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 22 2024 00:15:38 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14914696 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 22 2024 00:16:18 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 14916371 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 22 2024 00:26:59 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14928133 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 22 2024 00:26:30 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14914698 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2024 00:15:21 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14914697 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2024 00:26:50 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14914700 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2024 00:26:57 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14914699 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 22 2024 00:16:19 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14917350 | | Email/Text: mrdiscen@discover.com | Nov 22 2024 00:12:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14914702 | + | Email/Text: mrdiscen@discover.com | Nov 22 2024 00:12:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14914701 | + | Email/Text: mrdiscen@discover.com | Nov 22 2024 00:12:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14916844 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 00:16:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14916293 | ^ | MEBN | Nov 22 2024 00:07:54 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14914704 | + | Email/PDF: ebnotices@pnmac.com | Nov 22 2024 00:55:56 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14914705 | + | Email/PDF: ebnotices@pnmac.com | Nov 22 2024 00:26:36 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14925262 | + | Email/PDF: ebnotices@pnmac.com | Nov 22 2024 00:15:21 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14935322 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 22 2024 00:15:21 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14914706 | + | Email/Text: support@ymalaw.com | Nov 22 2024 00:13:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14914703 | | Kathleen Torpey |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2024 at the address(es) listed below:

**Name**                        **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 21, 2024 | Form ID: 155 | Total Noticed: 27 |

DENISE ELIZABETH CARLON
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

PAUL H. YOUNG
    on behalf of Debtor Megan E. Felici support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Megan E. Felici<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−12788−pmm<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: November 21, 2024

                                                                                    For The Court

                                                                                     Patricia M. Mayer<br>
                                                                                     Judge, United States Bankruptcy Court